UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLAYTON E. BUTSCH,

               Petitioner,

   v.

JASON BENNETT,

              Respondent.

CASE NO. 2:24-CV-303-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

     The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, petitioner's various filings, and the remaining record, does hereby find and ORDER:

     (1)    The Court adopts the Report and Recommendation.

     (2)    Petitioner's federal habeas petition is dismissed without prejudice for failure to file an amended proposed petition that clearly articulates his ground for relief with a brief statement of facts supporting his ground for relief. Petitioner's request that the Court waive Judge Christel's findings and recommendations (Dkt. # 15) is wholly unsupported by facts or legal citations.

     (3)    All pending motions (Dkt. # 14, 16, 18, and 19) are denied as moot.

     (4)    A certificate of appealability is denied in this case.

     //

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

Dated this 21st day of May, 2024.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2